IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LEE D. WILLIAMS,   CASE NO. 2:07-cv-1003
                   JUDGE SMITH
    Petitioner,   MAGISTRATE JUDGE KEMP

v.

MICHAEL SHEETS, Warden,

    Respondent.

## OPINION AND ORDER

On January 13, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed without prejudice as unexhausted. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action hereby is **DISMISSED**.

**IT IS SO ORDERED**.

      \s\ George C. Smith
      GEORGE C. SMITH
      United States District Judge